March 20, 2022

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAR 29 2023

TONY R. MOORE, CLERK
BY _____ KW
DEPUTY

23-cv-0397 Sec P

To whom this may concern. My name is LaDarius. M. Hearon and I'm writing in regards of my 14th & 8th Admendment Rights being violated. I was orignal Incaravated in Liberty County Jail Since Aug 15, 2022. On (October 13, 2022) Liberty county shipped me and twenty other Inmates to DeQuincy Louisiana (70660) to Beauregard Parish LA workforce work realease facility. After being there for a little over a week, I wrote to warden Johnny Smith a request on october 19, 2022 around 19:00 hrs stating that I wanted to be sent back to Texas facility. Due to the fact that I did not feel comfortable and was far away from my family. Oct 21, 2022 Liberty county retuned to bring more Inmates, to the Phelps workforce facility. I asked C.O. Neal who was the one working the dorm can I please talk to Rank. I was respectful and never showed not an Inch of Hostility. Deputy warden Kuaffman. came and talk to C.O. Neal about the sisutation, Never once talk to me like I asked the left. I continue to stand at the door asking for Warden Smith or any higher rank to come and discuss with me about the problem I had. C.O. Neal called once again. And a few minutes later (major ED propst) came to the dorm using un nessecary use of ~~~~ obessive force and outraged with out even trying to communicate with me. (major propst) grabbed me by my shirt collar with his handcuffs wrapped around his closed clenched fist about to assult me. I LaDarius. M. Hearon was stunned from action that was taken and was In fear for my life and safety. So I resisted asking Him (major ED propst) was he about to

assultt me. Second later (Deputy warden Joshua Kuaffman) and (Guard Neal) enter the dorm to assist. When my attention was on Kuaffman (major propst) wrapped his arm around my neck put me into a choke hold and start pulling me to the ground with all his weight. I reached my arm out to try and grabbed the bunk so I could catch my balance. Kauffman ~~made~~ It seems like I Hit him which I did not while (major propst) had me pinned to the ground In a choke hold I repeatly tapped on his arm to be release because he was resticting my air wave. while making the statment. (welcome to Louisana Nigger.) Deputy warden Kauffman ask C.o. Neal for his can of O.C. fox spray and sprayed me while I was still in (major ED propst) Hold and was still trying to breath. I couldn't see and ~~~~ was starting to Black out. until another inmate (Jermiah Johnson) came to my aid so they could release me. by Kicking the major off me after asking mulitple time and why the other C.O. watch. I still couldnt see from the fox spray so I just sat there and let them detain me. Then (warden Johnny Smith) grabbed me by my hair pissed off because of what the other Inmate had done. And drug me at least twenty feet Kicking and forcing my head down out of the dorm In front of multiple withess. Lock me up In a cell block and never once gave me or sent medical attention.